JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
TOKIKO YASUDA (SBN 257128)
tokiko@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorneys for Shueisha Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DMCA Subpoena to Cloudflare, Inc. _____ | ) Case No: 3:22-mc-80105 ) ) **DECLARATION OF HIROYUKI** ) **NAKAJIMA** ) |

I, Hiroyuki Nakajima, declare and testify as follows:

    1.    I am an attorney duly licensed to practice law in Japan.  I represent Shueisha Inc., a Japanese corporation, in the above-entitled proceeding and as such, I am authorized and qualified to make this declaration for and on its behalf, and I make this declaration for that reason.

    2.    Shueisha, Inc. is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identify the persons infringing its copyrighted works.

    3.    The purpose for which this subpoena is sought is to obtain the identity of the alleged infringers.   Such information will only be used for the purpose of protecting rights under the Copyright Act (17 U.S.C. § 101, et seq.).

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 28, 2022.

*Hiroyuki Nakajima*
Hiroyuki Nakajima